UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BARBARA G. BIGGS, | ) | 1:06-cv-00361-OWW-SMS |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **CASE MANAGEMENT ORDER** |
| | ) | **re: service of process** |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff is proceeding pro se with an action in which she seeks judicial review of a final decision of the Commissioner of Social Security denying her application for benefits. The matter has been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rules 72-302(c)(15) and 72-304.

On March 31, 2006, plaintiff filed her complaint (Doc 1). On April 4, 2006, the Court issued, and sent plaintiff, a Scheduling Order (Doc. 3), which set forth the order in which this case is to proceed, beginning with service of process on the defendant (pages 1-2, No. 1). To date, plaintiff has not served her case on the defendant.

1

The state of this case indicates that plaintiff has failed to follow the Court's instructions; thus, the defendant has not been served. The case cannot proceed until the defendant is served. Thus, the case cannot progress until plaintiff complies with the instructions of the Court and serves the defendant.

A failure to comply with an order of the Court may result in sanctions, including dismissal, pursuant to the inherent power of the Court or the Federal Rules of Civil Procedure. Fed. R. Civ. P. 41(b), 11; Local Rule 11-110; <u>Chambers v. NASCO, Inc.</u>, 501 U.S. 31, 42-43 (1991).

Therefore, plaintiff shall **(1)** promptly serve the summons and complaint on the defendant in the manner required by Rule 4(i) of the Federal Rules of Civil Procedure by sending a copy of the summons and complaint, by registered or certified mail, to each of the following:

    **(a)**  Civil Process Clerk
          United States Attorney's Office
          Eastern District of California
          2500 Tulare Street, Suite 4401
          Fresno, CA 93721

    **(b)**  General Counsel
          Office of the Regional Chief Counsel, Region IX
          Social Security Administration
          333 Market Street, Suite 1500
          San Francisco, CA 94105-2102

    **(c)**  Office of the Attorney General
          Department of Justice
          Washington, DC 20530

Plaintiff shall then **(2)** file a proof of service with the court showing compliance herewith, by **May 15, 2006,** which was originally due to be filed within twenty (20) days after the filing of the complaint, or originally due by April 20, 2006.

//

Plaintiff is forewarned that failure to comply with this Order may result in dismissal of this action for failure to prosecute.

IT IS SO ORDERED.

**Dated:   April 28, 2006**          **/s/ Sandra M. Snyder**
icido3                               UNITED STATES MAGISTRATE JUDGE