# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARBARA G. BIGGS, ) | 1:06cv0361 OWW NEW (DLB) |
| ) | |
| ) | |
| ) | ORDER ADOPTING FINDINGS AND |
| Plaintiff, ) | RECOMMENDATION REGARDING |
| ) | DISMISSAL OF ACTION |
| v. ) | |
| ) | (Document 19) |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |
| ) | |

On April 11, 2007, the Magistrate Judge issued Findings and Recommendation that Plaintiff's appeal from the administrative decision of the Commissioner of Social Security be denied. This Findings and Recommendation was served on all parties and contained notice that any objections to the Report and Recommendation were to be filed within fifteen (15) days of the date of service of the order. Plaintiff filed her objections on April 26, 2007.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, including Plaintiff's objections, the Court finds that the Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation issued April 11, 2007, is ADOPTED IN FULL; and

2. The appeal is DENIED. Judgment SHALL be entered for Defendant Michael J. Astrue, Commissioner of Social Security, and against Plaintiff Barbara Biggs.

IT IS SO ORDERED.

**Dated:   September 9, 2007**                    **/s/ Oliver W. Wanger**
                                                                 UNITED STATES DISTRICT JUDGE